# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
| Robert Bakibinga              | Personnel Number..... 00717220
| 4793 Sweetbrier Drive         | Transportation Pyrl Area 2
| Harrisburg PA   17111         | Pay Period.. 06/01/2019 - 06/14/2019
|                               | Fed Tax Status: Married
|                               | Fed Tax Allowances: 02   Period: 13/2019
| B/U:B4   Group:07   Level:11  |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | − | Taxes | − | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 06/28/2019 | 1,649.98 | = | 2,346.75 | + | 0.00 | − | 432.76 | − | 264.01 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.29 | 72.00 | 2,252.88 | 27,128.98 |
| Annual Leave Pay | | | | 459.60 |
| Sick Leave Pay | 31.29 | 3.00 | 93.87 | 515.95 |
| Sick Family Leave | | | | 1,142.09 |
| Holiday/Comp lieu Holiday | | | | 1,163.63 |
| Total Gross | | | 2,346.75 | 30,410.25 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal  Federal | | |
| TX Withholding Tax | 141.77 | 1,831.89 |
| TX EE Social Security Tax | 138.22 | 1,790.78 |
| TX EE Medicare Tax | 32.33 | 418.81 |
| State  Pennsylvania | | |
| TX Withholding Tax | 68.44 | 886.69 |
| TX EE Unemployment Tax | 1.41 | 18.25 |
| Local  Harrisburg | | |
| TX Local Services Tax | 6.00 | 78.00 |
| Local  Lower Paxton Township | | |
| TX Withholding Tax | 44.59 | 577.69 |
| EE Taxes | 432.76 | 5,602.11 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | | 63.62 |
| EE PreTx MED Pct | 117.34 | 1,463.09 |
| Full Cov Class A3/Cat 0 | 146.67 | 1,900.63 |
| Total Deductions | 264.01 | 3,427.34 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,649.98 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 138.22 |
| TX ER Medicare Tax | 32.33 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 60.35 |
| PR HMO Central | 486.00 |
| ER-SERS | 561.81 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,082.74 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Bakibinga                         |Personnel Number..... 00717220
|4793 Sweetbrier Drive                    |Transportation Pyrl Area 2
|Harrisburg PA  17111                     |Pay Period.. 05/18/2019 - 05/31/2019
|                                         |Fed Tax Status: Married
|                                         |Fed Tax Allowances: 02   Period: 12/2019
|B/U:B4     Group:07    Level:11          |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2019 | 1,649.98 = | 2,346.75 | + | 0.00 | - | 432.76 | - | 264.01 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.29 | 61.50 | 1,924.33 | 24,876.10 |
| Annual Leave Pay | | | | 459.60 |
| Sick Leave Pay | | | | 422.08 |
| Sick Family Leave | 31.29 | 6.00 | 187.74 | 1,142.09 |
| Holiday/Comp lieu Holiday | 31.29 | 7.50 | 234.68 | 1,163.63 |
| Total Gross | | | 2,346.75 | 28,063.50 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal         Federal | | |
| TX Withholding Tax | 141.77 | 1,690.12 |
| TX EE Social Security Tax | 138.23 | 1,652.56 |
| TX EE Medicare Tax | 32.32 | 386.48 |
| State           Pennsylvania | | |
| TX Withholding Tax | 68.44 | 818.25 |
| TX EE Unemployment Tax | 1.41 | 16.84 |
| Local           Harrisburg | | |
| TX Local Services Tax | 6.00 | 72.00 |
| Local           Lower Paxton Township | | |
| TX Withholding Tax | 44.59 | 533.10 |
| EE Taxes | 432.76 | 5,169.35 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | | 63.62 |
| EE PreTx MED Pct | 117.34 | 1,345.75 |
| Full Cov Class A3/Cat 0 | 146.67 | 1,753.96 |
| Total Deductions | 264.01 | 3,163.33 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|

| Reimbursements | Amount | |
|---|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,649.98 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 138.23 |
| TX ER Medicare Tax | 32.32 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 60.35 |
| PR HMO Central | 486.00 |
| ER-SERS | 561.81 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,082.74 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Robert Bakibinga                          | Personnel Number..... 00717220           |
| 4793 Sweetbrier Drive                     | Transportation Pyrl Area 2               |
| Harrisburg PA   17111                     | Pay Period.. 05/04/2019 - 05/17/2019     |
|                                           | Fed Tax Status: Married                  |
|                                           | Fed Tax Allowances: 02   Period: 11/2019 |
| B/U:B4     Group:07    Level:11           |                                          |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 05/31/2019 | 1,649.98 | = | 2,346.75 | + | 0.00 | - | 432.76 | - | 264.01 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.29 | 53.50 | 1,674.01 | 22,951.77 |
| Annual Leave Pay | | | | 459.60 |
| Sick Leave Pay | 31.29 | 3.50 | 109.52 | 422.08 |
| Sick Family Leave | 31.29 | 18.00 | 563.22 | 954.35 |
| Holiday/Comp lieu Holiday | | | | 928.95 |
| Total Gross | | | 2,346.75 | 25,716.75 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal            Federal | | |
| TX Withholding Tax | 141.77 | 1,548.35 |
| TX EE Social Security Tax | 138.22 | 1,514.33 |
| TX EE Medicare Tax | 32.33 | 354.16 |
| State              Pennsylvania | | |
| TX Withholding Tax | 68.44 | 749.81 |
| TX EE Unemployment Tax | 1.41 | 15.43 |
| Local              Harrisburg | | |
| TX Local Services Tax | 6.00 | 66.00 |
| Local              Lower Paxton Township | | |
| TX Withholding Tax | 44.59 | 488.51 |
| EE Taxes | 432.76 | 4,736.59 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | | 63.62 |
| EE PreTx MED Pct | 117.34 | 1,228.41 |
| Full Cov Class A3/Cat 0 | 146.67 | 1,607.29 |
| Total Deductions | 264.01 | 2,899.32 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|

Case 1:19-bk-02451-HWV    Doc 15    Filed 06/25/19    Entered 06/28/19 16:03:02    Desc
Main Document      Page 5 of 8

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,649.98 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 138.22 |
| TX ER Medicare Tax | 32.33 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 60.35 |
| PR HMO Central | 486.00 |
| ER-SERS | 561.81 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,082.74 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|

| Payroll Area | T2 |
|---|---|

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Robert Bakibinga                          |Personnel Number..... 00717220
|4793 Sweetbrier Drive                     |Transportation Pyrl Area 2
|Harrisburg PA  17111                      |Pay Period.. 04/20/2019 - 05/03/2019
|                                          |Fed Tax Status: Married
|                                          |Fed Tax Allowances: 02   Period: 10/2019
|B/U:B4      Group:07     Level:11         |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 05/17/2019 | 1,649.99 | 2,346.75 | + | 0.00 | - | 432.75 | - | 264.01 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 31.29 | 72.50 | 2,268.52 | 21,277.76 |
| Annual Leave Pay | | | | 459.60 |
| Sick Leave Pay | 31.29 | 1.00 | 31.29 | 312.56 |
| Sick Family Leave | 31.29 | 1.50 | 46.94 | 391.13 |
| Holiday/Comp lieu Holiday | | | | 928.95 |
| Total Gross | | | 2,346.75 | 23,370.00 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal       Federal | | |
| TX Withholding Tax | 141.77 | 1,406.58 |
| TX EE Social Security Tax | 138.22 | 1,376.11 |
| TX EE Medicare Tax | 32.32 | 321.83 |
| State         Pennsylvania | | |
| TX Withholding Tax | 68.44 | 681.37 |
| TX EE Unemployment Tax | 1.41 | 14.02 |
| Local         Harrisburg | | |
| TX Local Services Tax | 6.00 | 60.00 |
| Local         Lower Paxton Township | | |
| TX Withholding Tax | 44.59 | 443.92 |
| EE Taxes | 432.75 | 4,303.83 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE Contribution Surcharge | | 63.62 |
| EE PreTx MED Pct | 117.34 | 1,111.07 |
| Full Cov Class A3/Cat 0 | 146.67 | 1,460.62 |
| Total Deductions | 264.01 | 2,635.31 |

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|

Case 1:19-bk-02451-HWV    Doc 15    Filed 06/25/19    Entered 06/28/19 16:03:02    Desc
Main Document      Page 7 of 8

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 1,649.99 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 138.22 |
| TX ER Medicare Tax | 32.32 |
| ER Basic Life | 4.16 |
| Annuitant Med Hospital | 300.00 |
| ER Workers Comp Benefit | 60.35 |
| PR HMO Central | 486.00 |
| ER-SERS | 561.81 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 2,082.74 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
|  |  |  |  |

| Payroll Area | T2 |
|---|---|