IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Robert Bakibinga, and<br>Catherine Bakibinga, | : <br> : <br> : <br> : <br> : <br> : <br> : | CHAPTER 13 BANKRUPTCY <br><br> NO. 1:19-bk-02451-HWV |
| Debtor(s) | : | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF THE COURT:

Please be advised that Joseph R. Baranko, Jr., Esquire of the Slusser Law Firm, 1620 North Church Street, Suite 1, Hazleton, Pennsylvania 18202, hereby enters his appearance on behalf of the Creditor, Lower Paxton Township Authority, requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully submitted,
THE SLUSSER LAW FIRM

BY _____
JOSEPH R. BARANKO, JR., ESQUIRE
1620 North Church Street, Suite 1
Hazleton, PA 18202
Attorney for Lower Paxton Township Authority