## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Robert Bakibinga and<br>Catherine Bakibinga | CASE NO.: 1:19-BK-02451-HWV |
| Debtors | |

### CERTIFICATE OF SERVICE

I, Joseph R. Baranko, Jr., Esquire, do hereby certify that on July 22, 2019, I served a copy of the Proof of Claim and an Entry of Appearance/Request for Notices on the following parties in this matter:

Catherine Bakibinga, 4793 Sweetbrier Drive, Harrisburg, PA 17111

Robert Bakibinga, 4793 Sweetbrier Drive, Harrisburg, PA 17111

Charles J. DeHart, III (Trustee), *via email: TWecf@pamd13trustee.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

James Warmbrodt, on behalf of Creditor, M&T Bank, *via email: bkgroup@kmllawgroup.com*

                Respectfully submitted,

                THE SLUSSER LAW FIRM

      By: /s/ Joseph R. Baranko, Jr.
                Joseph R. Baranko, Jr., Esquire
                Supr. ID #39124
                Attorney for Lower Paxton Township Authority, Creditor
                The Slusser Law Firm
                1620 N. Church St., Ste. 1
                Hazleton, PA 18201
                Telephone: 570-453-0463