In re:  
Robert Bakibinga  
Catherine Bakibinga  
     Debtors

Case No. 19-02451-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1　　　　User: PRatchfor　　　　Page 1 of 2　　　　Date Rcvd: Aug 19, 2019  
　　　　　　　　　　　　　Form ID: ntnoshow　　Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.

```
jdb           +Catherine Bakibinga,    4793 Sweetbrier Drive,    Harrisburg, PA 17111-3612
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
5207664       +ASSET RECOVERY SOLUTIONS,    2200 E DEVON AVE STE 200,    DES PLAINES, IL 60018-4501
5208876       +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5209462      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                Detroit, MI 48255-0953)
5207663       +GENERAL REVENUE CORP,    4660 DUKE DR SUITE 300,    MASON, OH 45040-8466
5207669       +KML LAW GROUP,    701 MARKET ST NO 5000,    PHILADELPHIA, PA 19106-1541
5225591       +Lower Paxton Township Authority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
5207668       +MODERN RECOVERY SOLUTIONS,    300 POPLAR ST,    RICHLAND, PA 17087-9715
5207665       +NAVENT EDUCATION LOAN,    PO BOX 9635,    WILKES-BARRE, PA 18773-9635
5207666       +PERFORMANT RECOVERY,    333 NORTH CANYONS PARKWAY SUITE,    LIVERMORE, CA 94551-9478
5207670       +SANTANDER CONSUMER USA OFFICE,    MBW X 3,    LINCOLN MKX,    5201 RUFE SNOW DR NO 100,
                NORTH RICHLAND HILLS, TX 76180-6036
5210567       +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
5207659       +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD,    TOLEDO, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db             E-mail/Text: RBAKIBING@GMAIL.COM Aug 19 2019 19:35:28      Robert Bakibinga,
                4793 Sweetbrier Drive,    Harrisburg, PA 17111
5231096       +E-mail/Text: g20956@att.com Aug 19 2019 19:36:17      AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
5207662       +E-mail/Text: documentfiling@lciinc.com Aug 19 2019 19:35:27      COMCAST CABLE,    PO BOX 3002,
                SOUTHEASTERN, PA 19398-3002
5207660       +E-mail/Text: bankruptcy@credencerm.com Aug 19 2019 19:36:22      CREDENCE,
                17000 DALLAS PARKWAY SUITE 204,    DALLAS, TX 75248-1940
5207661       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 19 2019 19:36:24
                CREDIT COLLECTION SERVICES,    725 CANTON STREET,    NORWOOD, MA 02062-2679
5207667        E-mail/Text: camanagement@mtb.com Aug 19 2019 19:35:43      M&T BANK,    PO BOX 62182,
                BALTIMORE, MD 21264
5235356        E-mail/PDF: pa_dc_claims@navient.com Aug 19 2019 19:44:05
                Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
5231320        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2019 19:44:08      Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Lower Paxton Township Authority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Authority josephb@slusserlawfirm.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                          TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Robert Bakibinga,<br>    **Debtor 1**<br>Catherine Bakibinga,<br>    **Debtor 2** | Chapter    13<br><br>Case No.    1:19–bk–02451–HWV |

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 and Debtor 2 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1 and Debtor 2.**

Any debtor opposing dismissal must file an objection with the Court on or before **September 9, 2019** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **September 9, 2019**.

**If no objections are filed by September 9, 2019, an Order will be entered dismissing the bankruptcy case of Debtor 1 and Debtor 2.**

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 19, 2019 |

ntnoshow (07/18)