```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                    Case No. 19-02451-HWV
Robert Bakibinga                                          Chapter 13
Catherine Bakibinga
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0314-1         User: PRatchfor          Page 1 of 2         Date Rcvd: Oct 10, 2019
                             Form ID: ordsmiss        Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
jdb             #+Catherine Bakibinga,    4793 Sweetbrier Drive,    Harrisburg, PA 17111-3612
5207664          +ASSET RECOVERY SOLUTIONS,    2200 E DEVON AVE STE 200,    DES PLAINES, IL 60018-4501
5208876          +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
5207663          +GENERAL REVENUE CORP,    4660 DUKE DR SUITE 300,    MASON, OH 45040-8466
5207669          +KML LAW GROUP,    701 MARKET ST NO 5000,    PHILADELPHIA, PA 19106-1541
5225591          +Lower Paxton Township Authority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
5207668          +MODERN RECOVERY SOLUTIONS,    300 POPLAR ST,    RICHLAND, PA 17087-9715
5207665          +NAVENT EDUCATION LOAN,    PO BOX 9635,    WILKES-BARRE, PA 18773-9635
5207666          +PERFORMANT RECOVERY,    333 NORTH CANYONS PARKWAY SUITE,    LIVERMORE, CA 94551-9478
5207659          +UNITED COLLECTION BUREAU,    5620 SOUTHWYCK BLVD,    TOLEDO, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db               E-mail/Text: RBAKIBING@GMAIL.COM Oct 10 2019 19:29:20     Robert Bakibinga,
                  4793 Sweetbrier Drive,    Harrisburg, PA 17111
cr              +EDI: DRIV.COM Oct 10 2019 23:18:00     Santander Consumer USA Inc.,    P.O. Box 961245,
                  Fort Worth, TX 76161-0244
5231096         +EDI: CINGMIDLAND.COM Oct 10 2019 23:18:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                  KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
5207662         +EDI: COMCASTBLCENT Oct 10 2019 23:18:00     COMCAST CABLE,    PO BOX 3002,
                  SOUTHEASTERN, PA 19398-3002
5207660         +E-mail/Text: bankruptcy@credencerm.com Oct 10 2019 19:29:54     CREDENCE,
                  17000 DALLAS PARKWAY SUITE 204,    DALLAS, TX 75248-1940
5207661         +EDI: CCS.COM Oct 10 2019 23:18:00     CREDIT COLLECTION SERVICES,    725 CANTON STREET,
                  NORWOOD, MA 02062-2679
5209462          EDI: FORD.COM Oct 10 2019 23:18:00     Ford Motor Credit Company LLC,    Dept. 55953,
                  PO Box 55000,    Detroit, MI 48255-0953
5207667          E-mail/Text: camanagement@mtb.com Oct 10 2019 19:29:29     M&T BANK,    PO BOX 62182,
                  BALTIMORE, MD 21264
5235356          EDI: NAVIENTFKASMSERV.COM Oct 10 2019 23:18:00     Navient Solutions, LLC. on behalf of,
                  Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
5207670         +EDI: DRIV.COM Oct 10 2019 23:18:00     SANTANDER CONSUMER USA OFFICE,    MBW X 3,    LINCOLN MKX,
                  5201 RUFE SNOW DR NO 100,    NORTH RICHLAND HILLS, TX 76180-6036
5210567         +EDI: DRIV.COM Oct 10 2019 23:18:00     Santander Consumer USA Inc.,    PO Box 560284,
                  Dallas, TX 75356-0284
5231320          EDI: AIS.COM Oct 10 2019 23:18:00     Verizon,    by American InfoSource as agent,    PO Box 4457,
                  Houston, TX 77210-4457
                                                                                               TOTAL: 12

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Lower Paxton Township Authority,    425 Prince Street, Suite 139,    Harrisburg, PA 17109-3053
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1          User: PRatchfor           Page 2 of 2              Date Rcvd: Oct 10, 2019
                              Form ID: ordsmiss         Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          Joseph R. Baranko, Jr.   on behalf of Creditor   Lower Paxton Township Authority josephb@slusserlawfirm.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William E. Craig   on behalf of Creditor   Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

                                                            TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Robert Bakibinga,<br>**Debtor 1** | Chapter 13 |
| Catherine Bakibinga,<br>**Debtor 2** | Case No. 1:19−bk−02451−HWV |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 10, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk

ordsmiss (05/18)